UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY WERNER PEREZ-JIMENEZ
(A-Number: 221-489-590),

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No.  1:26-cv-01308-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, DENYING RESPONDENTS'
MOTION TO DISMISS, DIRECTING
RESPONDENTS TO IMMEDIATELY
RELEASE PETITIONER, AND DIRECTING
CLERK OF COURT TO CLOSE CASE

Docs. 1, 8, 13

Petitioner Rudy Werner Perez-Jiminez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, denying respondents' motion to dismiss, and ordering petitioner's immediate release.  Doc. 13.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On April 28, 2026, respondents filed timely objections.  Doc. 14.  Those objections merely briefly restate arguments that the magistrate judge correctly rejected.  *See id.*

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having

1

carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on April 15, 2026, Doc. 13, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED on the first claim for relief.

3. Respondents are ORDERED to release petitioner Rudy Werner Perez-Jimenez (A-Number: 221-489-590) immediately. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining petitioner unless respondents provide seven (7) days' notice to petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond is considered.

4. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   April 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2